U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

FEB 06 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT WASHINGTON | CIVIL ACTION |
| VS. | NO.: 6:11-cv-01906 |
| OMEGA PROTEIN INC | JUDGE DOHERTY<br>MAGISTRATE HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the parties' Joint Motion for Dismissal;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter be dismissed, with prejudice, with each party bearing its own costs.

THIS ORDER READ AND SIGNED IN CHAMBERS, at Lafayette, Louisiana this 5 day of February, 2014.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE: 2/6/14